UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

                            Plaintiffs,

-against-

DIANA VAVIKOVA, D.C., STAR CHIROPRACTIC,
P.C., ACTIVE LIFE CHIROPRACTIC, P.C.,
PROFESSIONAL CHIROPRACTIC CARE, P.C.,
FUTURE CHIROPRACTIC CARE, P.C., and JOHN
DOE DEFENDANTS "1" – "10",

                            Defendants.
-------------------------------------------------------------------X

Docket No.:
1:23-cv-09031-AMD-VMS

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (collectively, "Plaintiffs"), hereby dismiss, without prejudice, all claims in this action asserted by Plaintiffs against John Doe Defendants "1" through "10".

Dated: September 20, 2024

                                                  RIVKIN RADLER LLP

                                                By: */s/ Philip P. Nash*_____
                                                     Barry I. Levy, Esq.
                                                     Michael A. Sirignano, Esq.
                                                     Philip P. Nash, Esq.
                                      926 RXR Plaza
                                      Uniondale, New York 11556
                                       *Attorneys for Plaintiffs*